**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lorenzo DORANTES–MENDOZA,
Defendant–Appellant.**

No. 05–50742.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 23, 2006.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

US Attorneys Office, USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Frank M. Murphy, III, Esq., San Diego, CA, for Defendant–Appellant.

Lorenzo Dorantes–Mendoza, San Diego, CA, pro se.

Before: LEAVY, W. FLETCHER, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Lorenzo Dorantes–Mendoza appeals from the 57–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Dorantes–Mendoza contends that his sentence is unreasonable because the district court failed to appropriately consider the need to avoid unwarranted disparity in sentencing under 18 U.S.C. § 3553(a)(6). Upon review, we conclude that the district court properly considered the advisory Guidelines and the § 3553 factors in imposing the sentence. The record reflects that the district court considered Dorantes–Mendoza's history and characteristics, the nature and circumstances of the offense, the kinds of sentences available, and Dorantes–Mendoza's ties to the United States, and imposed a sentence that was sufficient but no greater than necessary to comply with § 3553(a). *See United States v. Plouffe*, 445 F.3d 1126, 1131 (9th Cir.2006).

We reject Dorantes–Mendoza's contention that disparity between his sentence and fast-track sentences imposed on other illegal reentry defendants rendered his sentence unreasonable. *See United States v. Marcial–Santiago*, 447 F.3d 715, 718–19 (9th Cir.2006) (concluding that the disparity between fast-track sentences and non-fast-track sentences is not unwarranted).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.